# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUANITA MATZ,
                Appellant,

vs.

WESTERN PROGRESSIVE-NEVADA,
INC.; AND OCWEN LOAN SERVICING,
LLC,

                Respondents.

No. 79025

**FILED**

JUL 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal identifies an order of the court "to statistically close case." Such an order is not appealable. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order statistically closing a case. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013) (form orders

statistically closing a case are not final and appealable). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Silver


cc:    Hon. Linda Marie Bell, Chief Judge
       Juanita Matz
       McCarthy & Holthus, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]Appellant's motion for a stay and request for transcripts are denied as moot.